**Order entered December 23, 2014**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01248-CV

### JANEE HARRELL, Appellant

### V.

### CITIBANK SOUTH DAKOTA, N.A., Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-05242-2010

## ORDER

We **GRANT** appellant's December 19, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by January 9, 2015.

Pursuant to this Court's letter dated December 18, 2014, we **ORDER** Andrea Stroh Thompson, Collin County District Clerk, to file a supplemental clerk's record by **DECEMBER 31, 2014**, containing the Agreed Final Judgment Nunc Pro Tunc signed by the Honorable Ray Wheless, Judge of the 366th Judicial District Court of Collin County, Texas.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Ray Wheless, Andrea Stroh Thompson, and all counsel of record.

/s/    ELIZABETH LANG-MIERS
        JUSTICE